No. 03–1633.  IN RE HEMPHILL.  Petition for writ of mandamus denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1596.  IN RE ADAMS;
No. 03–10493.  IN RE BROOKS;
No. 03–10905.  IN RE CURTIS;
No. 04–5349.  IN RE ARMSTRONG; and
No. 04–5822.  IN RE YOUNG.  Petitions for writs of mandamus and/or prohibition denied.

No. 03–1240.  FLEXIBLE PRODUCTS CO. ET AL. *v.* ERVAST.  C. A. 11th Cir.  Certiorari denied.

No. 03–1269.  CASTELLANO *v.* FRAGOZO ET AL.; and
No. 03–1417.  FRAGOZO ET AL. *v.* CASTELLANO.  C. A. 5th Cir.  Certiorari denied.

No. 03–1280.  GEORGE E. WARREN CORP. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 03–1300.  ZULICK *v.* WISE ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 03–1304.  WARD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.